IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02968-PAB

ERICK OMAR PADILLA-BACA,

    Plaintiff,

v.

PATRICIA PEREA,
RICHARD HEFTY, and
DAVID PEARSON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2010

GREGORY C. LANGHAM
              CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED January 19, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02968-PAB-MEH

Erick Omar Padilla-Baca
Reg. No. 94061511
GEO/ICE Processing Center
11901 E. 30th Avenue
Aurora, CO 80010

US Marshal Service
Service Clerk
Service forms for: Patricia Perea, Richard Hefty, and David Pearson,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Patricia Perea, Richard Hefty, and David Pearson: AMENDED COMPLAINT FILED 1/12/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/19/10.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk